IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DALE SHANNON SHOOK, #152 631,       )
                                    )
                Plaintiff,          )
                                    )
vs.                                 )   CASE NO. 2:14cv-811-WHA
                                    )
ROBERT BENTLEY, et al.,             )              (WO)
                                    )
                Defendants.         )

## FINAL JUDGMENT

In accordance with the order of the court entered in this case on this day,

Final Judgment is entered in favor of the Defendants, and against the Plaintiff, Dale

Shannon Shook, and this case is DISMISSED without prejudice.

DONE this 29th day of October, 2014.


/s/    W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE